

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NOEL LIFE, | § | No. 08-23-00254-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th Judicial District Court |
| EDWARD ZUNIGA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2022DCV1964) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. It appearing to this Court that Appellant is indigent for purpose of appeal, this Court makes no further order with respect to costs. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JUNE, 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox, and Soto, JJ.